**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 10-1804**

---

CHARTER COMMUNICATIONS VI, LLC, d/b/a Charter
Communications; INTERLINK COMMUNICATIONS PARTNERS, LLC,
d/b/a Charter Communications,

        Plaintiffs - Appellees,

    v.

MELVIN ELEAZER; MNE BROADCASTING, LLC,

        Defendants – Appellants,

    and

WDRL-TV, INCORPORATED,

        Defendant.

---

Appeal from the United States District Court for the Southern
District of West Virginia, at Beckley.  David A. Faber, Senior
District Judge. (5:04-cv-01204)

---

Submitted: August 31, 2011      Decided: September 9, 2011

---

Before NIEMEYER, KING, and AGEE, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Wayne L. Evans, KATZ, KANTOR & PERKINS, Bluefield, West
Virginia, for Appellants.  Adam S. Caldwell, DAVIS WRIGHT
TREMAINE LLP, Washington, D.C.; J. Miles Morgan, ECKERT,

SEAMANS, CHERIN & MELLOTT, Charleston, West Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Melvin Eleazer and MNE Broadcasting, LLC, appeal from the district court's orders denying their motion to set aside a default judgment and their motion for a continuance in the underlying civil action. We have reviewed the record included on appeal, as well as the parties' briefs, and find no error in the district court's orders. Accordingly, we affirm for the reasons stated by the district court. Charter Commc'ns VI, LLC v. Eleazer, No. 5:04-cv-01204 (S.D. W. Va. Sept. 8, 2009; June 18, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED